CRIMINAL DEFENSE ATTORNEYS OF SACRAMENTO
Chet Templeton, CSBN #227363
Justin Mixon, CSBN #233198
716 10th Street, Suite 300
Sacramento, CA 95814
T. (916)444-2960
F. (916)676-4927
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO ESPINOZA<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>RICK HILL<br><br>　　　　　Respondent. | Case No.: CIV S-11-0461 GGH P<br><br>JOINT STIPULATION AND ORDER RESETTING HEARING ON RESPONDENT'S MOTION TO DISMISS |

　　　　Petitioner, Ernesto Espinoza, by and through his counsel, and California Deputy Attorney General, Jennifer M. Poe, herby submit this stipulation and proposed order resetting the motion to dismiss scheduled for October 6, 2011 to November 17, 2011.

　　　　Petitioner's counsel has been engaged in a jury trial in Sacramento County and requires additional time to respond to the motion to dismiss to request a stay on the petition so all state claims can be exhausted. Petitioner's counsel attempted contact with Ms. Poe on September 29th and 30th to request a stipulation, but she was unavailable to respond until October 3, 2011.

10/04/11

- 1 -

               Respectfully Submitted,

               /s/

               Justin T. Mixon, Attorney for Petitioner

Dated: October 3, 2011      By: _____/s/_____
                Justin Mixon, Attorney for Petitioner

Dated: October 3, 2011      By:_____/s/_____
                Jennifer Poe, Deputy Attorney General

             **ORDER**

For good cause shown above,

**IT IS SO ORDERED**

Dated:  October 4, 2011

             /s/ Gregory G. Hollows
             _____
             The Honorable Gregory G. Hollows
             United States Magistrate Judge

espi0461.stp

10/04/11